**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHNATHAN MONTGOMERY,                                                                 PLAINTIFF
ADC #6145493

v.                                          2:12-cv-00236-BSM-JJV

D. PAYNE, Warden, East Arkansas
Regional Unit, ADC; *et al.*                                                              DEFENDANTS

**ORDER**

     1.    Service is appropriate for Defendants D. Payne and Captain Ford.

     2.    The Clerk of the Court shall prepare Summons for Defendants.

     3.    The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

     SO ORDERED this <u>8th</u> day of January, 2013.

                                                                               JOE J. VOLPE
                                                                               UNITED STATES MAGISTRATE JUDGE