# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

JOHNATHAN MONTGOMERY,                                                                PLAINTIFF
ADC #6145493

v.                                       2:12-cv-00236-BSM-JJV

D. PAYNE, Warden, East Arkansas
Regional Unit, ADC; *et al.*                                                         DEFENDANTS

## ORDER

1. Service is appropriate for Defendants D. Payne and Captain Ford.

2. The Clerk of the Court shall prepare Summons for Defendants.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 8th day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE